IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02369-PAB-CBS

KEVIN BRINDLE, and
DALE DOUGHTY,

      Plaintiffs,

v.

LAW OFFICES OF JOHN C. BONEWICZ, P.C., and
DOES 1-10,

      Defendants.

---

## ORDER

---

      This matter is before the Court on the Notice of Withdrawal of Complaint and Voluntary Dismissal [Docket No. 16] filed by plaintiffs Kevin Brindle and Dale Doughty. Plaintiffs request that the Court withdraw their complaint and dismiss the case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  However, defendant Law Offices of John C. Bonewicz has already filed an Answer [Docket No. 13].  *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (plaintiff may dismiss action without a court order by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment").  As a result, plaintiffs' notice of dismissal, by itself, does not serve to dismiss this action.  The Court, however, having reviewed the motion, finds that dismissal is appropriate.

      Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), it is

      **ORDERED** that all claims by and between plaintiffs and defendant are dismissed

with prejudice, each party to bear its own costs and attorneys' fees.  It is further

    **ORDERED** that this case shall be closed in its entirety.

DATED December 4, 2012.

                          BY THE COURT:

                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge